**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ELSY ELENA MEDRANO GONZALEZ,

Petitioner,

v.

ADELANTO ICE PROCESSING CENTER,

Respondent.

No. 5:26-CV-6571-AB-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. the Petition for Writ of Habeas Corpus is GRANTED
2. Respondent shall immediately release Petitioner **ELSY ELENA MEDRANO GONZALEZ (A-236-666-943)** from immigration custody;
3. Respondent shall provide Petitioner with a copy of this Order at or near the time of release; and

/ / /

/ / /

/ / /

4. within two days of the date of this Order, Respondent shall file with the Court a status report confirming Petitioner's release.

Judgment hereon will be entered on a separate form.

IT IS SO ORDERED.

DATED: November 17, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE