**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ELSY ELENA MEDRANO GONZALEZ,

Petitioner

v.

ADELANTO ICE PROCESSING CENTER,

Respondent.

No. 5:26-CV-6571-AB-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED, and that judgment is entered in favor of Petitioner and against Respondent. The Order constitutes final disposition of the Petition by the Court.

DATED: November 17, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE